UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Randy Larsen,

Plaintiff,

vs.

United Accounts, Inc., Bob Smith, and HEALTHSOUTH Corporation, a foreign corporation,

Defendant.

**Court File No. CV-00-1820 RHK/JMM**

and order

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND BETWEEN PLAINTIFF AND DEFENDANT UNITED ACCOUNTS, INC.**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and United Accounts, Inc. hereto through their respective counsel, that the Court may enter an Order extending the time in which Defendant United Accounts, Inc. has to respond to the above-captioned Complaint up to and including September 18, 2000.

**THE BARRY LAW OFFICE, LTD.**

Dated: 8/28/2000

By____________________
Peter F. Barry (License #266577)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

FILED AUG 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 24 AUG 2000

By ____________________
Michael A. Klutho (License #186302)
Attorneys for Defendant United Accounts, Inc.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER**

Pursuant to the above Stipulation, it is hereby ordered that Defendant United Accounts, Inc. shall be granted an extension in which to respond to the above-captioned Complaint up to and including September 18, 2000.

Dated: ____________________

____________________
Honorable John M. Mason
Magistrate Judge of United States District Court