**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Randy Larsen, **Civil No. 00-1820 (RHK/JMM)**

Plaintiff,

v. **ORDER**

United Accounts, Inc., Bob Smith,
and HEALTHSOUTH Corporation,
a foreign corporation,

Defendants.

---

Pursuant to the Stipulation of Dismissal and Order (copy attached) dismissing this case with prejudice filed on January 18, 2001,

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 1/23/01

Richard H. Kyle
United States District Court Judge

FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Randy Larsen,

Plaintiff,

vs.

United Accounts, Inc., Bob Smith, and HEALTHSOUTH Corporation,

Defendants.

Court File No.: 00-1820 RHK/JMM

**STIPULATION OF DISMISSAL AND ORDER**

**STIPULATION**

IT IS HEREBY stipulated and agreed, by all parties in the above-captioned matter, that all claims which have been brought or could have been brought in this action are hereby dismissed with prejudice under and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. All parties shall bear their respective costs and attorneys' fees.

Dated: 12/29/00

Thomas J. Lyons, Jr. (249646)
1560 Beam Avenue
Suite A
Maplewood, MN 55109-1171
(651) 770-9707

Attorney for Plaintiff Randy Larsen

FILED JAN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Dated: 1/11/01

By: Michael A Klutho

Michael A. Klutho (#186302)
Shalanda D. Ballard (#284361)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Attorneys for Defendant United Accounts, Inc. and Bob Smith

Dated: December 20, 2000

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: W. D. Hittler

William D. Hittler (#153916)
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402
(612) 338-1838

Attorneys for Defendant HealthSouth Corporation

**ORDER**

Based upon the above Stipulation, the Court hereby orders that all claims which had been brought or could have been brought in the above-captioned matter are hereby dismissed with prejudice. All parties shall bear their respective costs and attorneys' fees.

IT IS SO ORDERED.

By the Court:

1/18/01

Richard H. Kyle
United States District Court Judge